UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 14986
   LEONARD KUBICA
   FREDERYKA KUBICA                       CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-1206    SSN XXX-XX-9213
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/15/04 and confirmed on 06/11/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 19200.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| M & I BANK | SECURED | .00 | .00 | .00 |
| BANK ONE | SECURED | 4725.58 | 439.36 | 4725.58 |
| ECAST SETTLEMENT CORP | SECURED | 300.00 | .00 | 300.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7646.01 | 384.68 | 1529.20 |
| ROUNDUP FUNDING LLC | UNSECURED | 5404.81 | 271.96 | 1080.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7598.31 | 382.32 | 1519.66 |
| DISCOVER BANK | UNSECURED | 11232.15 | 565.09 | 2246.43 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| MITCHELL N KAY | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3115.86 | 197.87 | 623.17 |
| MIDWEST SPORTS & REHAB | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 10385.49 | 522.53 | 2077.10 |
| ECAST SETTLEMENT CORP | UNSECURED | 1378.94 | 64.09 | 275.79 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5025.58 | .00 | 46761.57 | .00 | 51787.15 |
| PRINCIPAL PAID | 5025.58 | .00 | 9352.31 | .00 | 14377.89 |
| INTEREST PAID | 439.36 | .00 | 2388.54 | .00 | 2827.90 |
| TOTAL PAID | 5464.94 | .00 | 11740.85 | .00 | 17205.79 |

The Debtor's attorney, MICHAEL J WORWAG              , was allowed $   1500.00
and was paid $   500.00  direct and $   1000.00  through the plan.

The Trustee received $    800.92 .

Refunds to the Debtor totaled $    193.29 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/17/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE







                              PAGE   2
         CASE NO. 04 B 14986 LEONARD KUBICA & FREDERYKA KUBICA